## STATEMENT OF FACTS

On September 9, 2024, Deputy United States Marshal (DUSM) Dugan was canvassing near the 1300 block of Morris Road SE, Washington, D.C., which is an area that Jaswan Thomas, the defendant, is known to frequent. DUSM Dugan was aware that the defendant had two outstanding warrants, one issued on August 6, 2024, by the U.S. Parole Commission and another issued on August 21, 2024, by the United States District Court for the District of Columbia. At approximately 1:39 p.m., DUSM Dugan saw a black 2005 Mercedes Benz C230 sedan with MD Tag 367332X parked in front of 2220 Bryan Place. DUSM Dugan knew this to be the year, make, model, and color of the vehicle the defendant has operated in the past (see CCN 24036168). An NLETS query of the license plate indicated that the tags were not registered but rather listed as "In Inventory- Unissued for Plate." A few moments later, DUSM Dugan saw the defendant exit 2220 Bryan Place SE, look around, and go back inside.

At approximately 2:16 p.m., the defendant again exited 2220 Bryan Place SE, approached the Mercedes, opened the driver's door, and got into the driver's seat. DUSMs Dugan, Wells, Akshar, and Maradin approached the defendant in their unmarked government vehicles, turned on their emergency lights, and exited their vehicles. The DUSMS had on green USMS-issued ballistic vests with "POLICE" and "US Marshal" clearly displayed on the front and rear. DUSM Wells gave the defendant commands to "put your hands out" and to "slowly step out." The defendant briefly remained in the driver's seat of the vehicle, but then obeyed commands and exited the vehicle with his hands up. There were no other individuals inside the Mercedes.

DUSM Dugan conducted a search incident to arrest of Defendant Thomas. From his person, DUSMs recovered a clear plastic "sandwich" baggie with a suspected marijuana and a digital scale. Additionally, the DUSMs located the keys to the Mercedes in the defendant's left pants pocket. The defendant motioned towards a female that was exiting 2220 Bryan Place SE and stated, "Give her my car keys." The female, who the defendant referred to as "my girl," provided her information to the DUSMs, and indicated that the car was hers too. DUSMs ran the vehicle's VIN through police databases, and it did not come back as belonging to either the defendant or the female. While the defendant was being taken into custody, he made a comment about "five years," which DUSMs understood to be the defendant's attempt to calculate the amount of prison time he may serve.

Simultaneous to the above-described search incident to arrest, DUSM Wells looked into the open driver's side door of the Mercedes and immediately saw in plain view a firearm in the vehicle's open glove box. Dugan recovered the firearm, secured it in his government vehicle, and transported it back to the US Marshals Service office at 601 D Street NW for further inspection. Notably, in the month preceding the September 9, 2024 encounter, DUSMs had located a public Instagram account belonging to the defendant. On that account, the defendant posted photos showing his face and advertising his rap music. Also on the account were photos of individuals displaying firearms, some with extended magazines. The persons who possessed the firearms obscured their faces by masks or otherwise made their identities unclear by, for example, not looking at the camera.

Because DUSM Wells had observed the firearm in the vehicle, DUSMs Dugan, Akshar, and Wells conducted a search of the car. In addition to the firearm, the following items were

recovered from the vehicle: (1) 41 mylar baggies; (2) near the driver's seat, a criminal summons issued by the United States District Court for the District of Columbia for "Jaswan Dayquon Thomas"; and (3) in the trunk, a manila envelope with "Jaswan Thomas" written in marker on the exterior and multiple legal documents inside with the defendant's name. DUSMs did not locate paperwork in the vehicle containing other individuals' names. In DUSM Dugan's training and experience, the number of individual bags containing suspected marijuana, digital scale, and mylar baggies is consistent with possession by an individual who is engaged in the distribution of narcotics, rather than possession for personal use.

At 601 D Street NW, DUSM Dugan inspected the above-described firearm and learned it was a Glock 19 9mm handgun bearing serial number BUHK295. The firearm contained one round of ammunition in the chamber and 38 rounds of ammunition in the magazine that had a total capacity of 40 rounds. Additionally, DUSM Dugan weighed the suspected marijuana, which had a total weight of 27.8 grams. DUSMs Dugan and Wells conducted a field test of the suspected marijuana, which returned a presumptive positive color reaction for the presence of tetrahydrocannabinol (THC).

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Defendant Thomas has prior criminal felony convictions for crimes that are punishable by terms of incarceration greater than one year. In case 19-cr-367, the defendant was convicted of Unlawful Possession of a Firearm (Prior Conviction) and sentenced on September 25, 2020, to 57 months of incarceration to be followed by 36 months of supervised release. In 2017 CF2 017906, the defendant was convicted of Unlawful Possession of a Firearm (Prior Conviction). On March 7, 2018, he was sentenced to 18 months of incarceration and three years of supervised release. The defendant was convicted in 2016 CF3 012606 of Attempted Robbery, and he was sentenced on March 7, 2018, to ten months of incarceration and three years of supervised release. Finally, in 2015 CF2 016737, the defendant was convicted of First Degree Theft and sentenced, on June 3, 2016, to twelve months of incarceration (fully suspended) and one year of supervised probation. As a result, at the time of his arrest, the defendant was aware that he had prior convictions for crimes punishable by more than one year of imprisonment.

Based on the foregoing, your affiant submits that there is probable cause to believe that on or about September 9, 2024, Defendant Jaswan Thomas violated 18 U.S.C. § 922(g), which makes it a crime for a convicted felon to possess a firearm.

_____
Tyler Wells
Deputy United States Marshal
United States Marshal Service

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on September 23, 2024.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge